GEORGE E. NELSON, Respondent, *v.* BOARD OF HIGHER EDUCATION OF CITY OF NEW YORK, Appellant.

Argued April 21, 1942; decided May 28, 1942.

*William C. Chanler, Corporation Counsel* (*Nicholas Bucci, Paxton Blair* and *Arthur H. Kahn* of counsel), for appellant.

*Osmond K. Fraenkel* for respondent.

*A. Mark Levien* for City College Instructors and High School First Assistants of the Board of Education of the City of New York, *amici curiæ*.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.